UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALVIN PILLIOD ANDERSON,

Plaintiff,

v.

CANON USA,

Defendant.

Case No.  25-cv-09731-HSG

**ORDER DISMISSING CASE**

Plaintiff filed this action against Defendant Canon USA on November 11, 2025.  Dkt. No. 1.  On February 11, 2026, the Court ordered Plaintiff to show cause why the case should not be dismissed given his failure to serve the complaint by the February 10, 2026 120-day deadline. Dkt. No. 9.  Plaintiff's response to the order to show cause did not provide any explanation regarding his failure to serve Defendant or address why the case should not be dismissed on that basis. Dkt. No. 10.  On February 19, 2026, the Court ordered Plaintiff to serve Defendant and file a proof of service within 45 days, warning Plaintiff that failure to effectuate service within that timeframe would result in dismissal under Federal Rule of Civil Procedure 4(m).  Dkt. No. 12. Plaintiff has not responded to the Court's order.

Absent an extension from the Court, the time in which to serve a defendant with process is 120 days.  *See* Fed. R. Civ. Pro. 4(m).  Under Rule 4(m), "if process is not served within 120 days after the filing of the complaint, and the plaintiff cannot show good cause why service was not made within that time, the action is subject to dismissal without prejudice upon the court's own initiative with notice to the plaintiff."  *Hason v. Medical Bd.*, 279 F.3d 1167, 1174 (9th Cir.2002). The Court gave Plaintiff notice that it was considering dismissing the complaint for failure to effect service of process within 120 days, and gave Plaintiff an additional 45 days to file a proof of

service. *See* Dkt. No. 12.  Plaintiff did not respond.

Accordingly, the Court **DISMISSES** Plaintiff's case without prejudice for failure to serve. Fed. R. Civ. Proc. 4(m).  This order **TERMINATES AS MOOT** Defendant's motion to dismiss, Dkt. No. 13.  The Clerk is directed to enter judgment in favor of Defendant and close the case.

**IT IS SO ORDERED.**

Dated:  5/12/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2