UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN PILLIOD ANDERSON, | Case No. 25-cv-09731-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CANON USA, | |
| Defendant. | |

The Court has DISMISSED this action without prejudice.  Judgment is entered in favor of Defendant and against Plaintiff.  The Clerk shall terminate all pending motions as moot and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  5/12/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge